UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ARLESHA BRISTER | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-3561 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (4) |

# **ORDER**

Plaintiff Arlesha Brister seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying her claims for disability insurance benefits. Having reviewed the complaint,[1] defendant's answer,[2] the parties' briefs,[3] the applicable law, and the Magistrate Judge's Report and Recommendation,[4] the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

---

[1] R. Doc. 1.
[2] R. Doc. 10.
[3] R. Doc. 12; R. Doc. 15.
[4] R. Doc. 16.

Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __14th__ day of September, 2018.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE